**Warren GENTRY, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27364.

Court of Criminal Appeals of Texas.

Dec. 8, 1954.

No attorney on appeal for defendant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for unlawfully selling intoxicating liquor in a dry area; the penalty assessed is a fine of $200.

No notice of appeal appears in the record. In the absence thereof, this court is without jurisdiction to entertain the appeal. It is therefore dismissed.